UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NEBRASCA SANTILLAN, INDIVIDUALLY AND AS NEXT FRIEND OF AYDEN DEL CARMEN SANTILLAN, A MINOR<br>    *Plaintiffs*<br><br>v.<br><br>THOMAS RAY LLEWELLYN<br>    *Defendant* | § § § § § § § § § | CIVIL ACTION NO. 5:23-cv-1321 |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Defendant, THOMAS RAY LLEWELLYN pursuant to 28 U.S.C.A. §§ 1332, 1441 and 1446, and give notice to this Court of the removal of the case styled: *Nebrasca Santillan Individually and as next friend of Ayden Del Carmen Santillan v. Thomas Ray Llewellyn*, Cause Number 2023CI12103 in the District Court, 288th Judicial District of Bexar County, Texas ("Lawsuit") to the United States District for the Western District of Texas, San Antonio Division, and respectfully show as follows:

**The Parties & Procedural History**

1.  Nebrasca Santillan ("Plaintiff") filed her First Amended Petition styled: *Nebrasca Santillan Individually and as next friend of Ayden Del Carmen Santillan v. Thomas Ray Llewellyn,* Cause Number 2023CI12103 in the 288th District Court, of Bexar County, Texas. In her Lawsuit, Plaintiff makes allegations of negligence against the Defendant and pleads "Plaintiff has been damaged in a sum in excess of the minimum jurisdictional limits of this Court and "Plaintiffs seek monetary damages not to exceed $1,000,000. See Plaintiff's First Amended Petition included as Exhibit 1.

2. Defendant, THOMAS RAY LLEWELLYN, was served in compliance with the Texas long-arm statute, Texas Civil Practice and Remedies Code, Chapter 17, Subchapter D with service on the Chair of the Texas Transportation Commission on September 20. 2023.

3. The State Court Petition alleges that Plaintiff, Nebrasca Santillan is an individual who is a resident of Texas. The State Court Petition further alleges that Defendant THOMAS RAY LLEWELLYN is a nonresident of the state of Texas. Defendant THOMAS RAY LLEWELLYN is a resident of the state of Colorado.

## Removal Based on Diversity Jurisdiction

4. Defendant file this Notice of Removal as required by 28 U.S.C § 1446, removing this case to the U.S. District Court for the Western District of Texas, San Antonio Division because it falls within this Court's diversity subject-matter jurisdiction under 28 U.S.C. § 1332.

5. Defendant's filing of this Notice of Removal is timely under 28 U.S.C. § 1446(b) because Plaintiff's First Amended Petition and citation in this action were first served on on the Chair of the Texas Transportation Commission on September 20. 2023.

6. Removal is proper because it is judicially admitted by Plaintiff that there is complete diversity between the Plaintiff and Defendant and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a):

a) Plaintiff's First Amended Petition states she is a resident of Bexar County, Texas.[1]

b) Plaintiff's First Amended Petition pleads and thereby judicially admits Defendant, THOMAS RAY LLEWELLYN, is a non-resident of the state of Texas.

c) The amount in controversy exceeds $75,000, excluding interest, costs and attorneys' fees. *See* 28 U.S.C. § 1332(a).

---

[1] See Plaintiff's First Amended Petition included in Exhibit 1.

## Venue is Proper

7. Venue of this removed action is proper in this Court because this district and division embrace the place where the state-court removed action has been pending. 28 U.S.C.A. §1441(a).

## No Waiver

8. By virtue of this removal petition, Defendant does not waive his right to assert any claims, pleas, or motions, including, if any, pleas in abatement, motions to compel arbitration, and motions permitted by Rule 12 of the Federal Rules of Civil Procedure.

## Defendant Has Met the Other Requirements for Removal

9. Defendant has complied with all applicable provisions of 28 U.S.C.A. §1441 *et seq.*, the applicable Federal Rules of Civil Procedure, and the Local Rules in this District. Defendant were first served with the Plaintiff's First Amended Petition through the Chair of the Texas Transportation Commission on September 20. 2023.Therefore, Defendants file this Notice of Removal within the 30-day time-period required by 28 U.S.C. §1446(b).

11. The filing fee of $402.00 has been tendered to the Clerk of the United States District Court for the Western District of Texas, San Antonio Division, along with the original Notice of Removal.

## Attachments

12. Pursuant to 28 U.S.C. § 1446(a), attached are the following documents:

| | |
|---|---|
| All pleadings, process, orders and all filings in the State Court Action | Exhibit "A" |
| Copy the State Court Docket Sheet | Exhibit "B" |
| Index of matters being filed | Exhibit "C" |
| A list of all counsel of record, including addresses, telephone numbers and parties represented. | Exhibit "D" |

A copy of the "Notice to State Court of Removal to Federal Court"  Exhibit "E" (without exhibits) that will be filed with the District Clerk of Bexar County, Texas.

## Notice to State Court

13.     Pursuant to 28 U.S.C. § 1446(d), Defendant shall promptly serve a copy of this Notice of Removal on Plaintiff and shall promptly file a copy of this Notice of Removal with the District Clerk of Bexar County, Texas. A copy of the "Notice to State Court of Removal to Federal Court" (without exhibits) that will be filed with the District Clerk of Bexar County, Texas is attached as Exhibit "E".

**WHEREFORE, PREMISES CONSIDERED,** Defendant, THOMAS RAY LLEWELLYN, request that this action be removed from the 288th Judicial District Court, Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division, and that this Court enter such further orders as may be necessary and appropriate.

Respectfully submitted,

LAW OFFICES OF LAWRENCE & MARTINEZ

_____
HUGH HOWERTON
Federal ID Number 9173
State Bar Number 10117950
1100 NW Loop 410, Suite 370
San Antonio, Texas 78213
Telephone: 210-949-0166
Direct line: 210-390-3548
Facsimile:  855-949-1338
**ATTORNEY FOR DEFENDANT,**
**THOMAS RAY LLEWELLYN**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, I electronically filed the foregoing instrument with the Clerk of the Court using CM/ECF and hereby certify that I have faxed a copy of the above and foregoing, to the following non-CM/ECF participant:

Fernando R. Cruz
State Bar Number 24007060
CRUZ INJURY LAWYERS, P.C.
8122 Datapoint Drive, Suite 305
San Antonio, TX  78229
(210) 224-4474 │ (210) 224-1928 Fax
Email: fcruz@cruzpc.net
***Attorneys for Plaintiffs, Nebrasca Santillan, Individually and As Next Friend of Ayden Del Carmen Santillan, A Minor***

_____
HUGH HOWERTON