IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NEBRASCA SANTILLAN, INDIVIDUALLY AND AS NEXT OF FRIEND OF ADCS, A MINOR; | § § § § § § § § § § § § § § | 5:23-CV-01321-RBF |
| *Plaintiff,* | | |
| vs. | | |
| THOMAS RAY LLEWELLYN, | | |
| *Defendant.* | | |

# ORDER

Before the Court is the status of confidential information currently on the public docket in this case. The District Court, on December 8, 2023, reassigned this case for disposition by the magistrate judge, following all parties' consent. *See* Dkt. Nos. 3, 6 & 7 (reassignment order).

The documents at docket entries 36 and 38 contain the full birth date of a minor. This is confidential information which should be redacted or filed under seal. *See* Fed. R. Civ. P. 5.2(a), (d). Accordingly,

The Clerk's office is **DIRECTED** to seal the documents at docket entries 36 and 38, pursuant to Fed. R. Civ. P. 5.2(d).

**IT IS SO ORDERED.**

SIGNED this 13th day of June, 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE